UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

MICHAEL SWENSON,

        Plaintiff,

    v.

UNITED STATES, et al.,

        Defendants.

No. CV-07-305-FVS

ORDER OF DISMISSAL

**THIS MATTER** comes before the Court for consideration of multiple motions.

**RULINGS**

<u>Health Care Providers</u>

Mr. Swenson has asserted state tort and federal civil rights claims against a number of health care providers in the State of Washington. His state tort claims must be dismissed because he has not satisfied the procedural requirements for bringing tort claims against Washington health care providers, RCW 7.70.100; and, even if he had, he has failed to provide expert testimony indicating that any defendant breached a governing standard of care. *See Young v. Key Pharmaceuticals, Inc.*, 112 Wn.2d 216, 225-26, 770 P.2d 182 (1989) ("What is or is not standard practice and treatment in a particular case, or whether the conduct of the physician measures up to the standard is a question for experts and can be established only by

ORDER OF DISMISSAL - 1

their testimony."). Mr. Swenson's federal civil rights claims against the health care providers must be dismissed because they are not state actors. *See Sutton v. Providence St. Joseph Med. Ctr.*, 192 F.3d 826, 835-36 (9th Cir.1999).

### State of Washington

Mr. Swenson has asserted claims against the State of Washington and a state agency. His claims against the State and its agencies must be dismissed because those claims are barred by the Eleventh Amendment to the Constitution. *See Regents of the Univ. of Cal. v. Doe*, 519 U.S. 425, 429, 117 S.Ct. 900, 903-04, 137 L.Ed.2d 55 (1997).

### Verizon Communications, Inc.

Mr. Swenson has asserted a claim against Verizon Communications, Inc. The nature of his claim is unclear. In any event, the claim must be dismissed because he has failed to effect service of process. Fed.R.Civ.P. 4(h).

### Remaining Defendants

There is no indication that Mr. Swenson has served any other defendant with process. Although the Court is mindful that it has discretion to extend the deadline for service of process, Fed.R.Civ.P. 4(m), the Court declines to do so. Accordingly, Mr. Swenson's remaining claims will be dismissed.

**IT IS HEREBY ORDERED:**

1. The motion for summary judgment that was filed by Michael Cruz, M.D., (**Ct. Rec. 14**) is granted. Mr. Swenson's claims against Dr. Cruz are **dismissed with prejudice**.

2. The motion for summary judgment that was filed by Timothy

ORDER OF DISMISSAL - 2

Case 2:07-cv-00305-FVS    Document 49    Filed 08/06/08

Chestnut, M.D., James Joy, M.D., William Corell, M.D., Robert Laugen, M.D., Linda Smith, and Cancer Care Northwest (**Ct. Rec. 20**) is granted. Mr. Swenson's claims against Dr. Chestnut, Dr. Joy, Dr. Corell, Dr. Laugen, Ms. Smith, and Cancer Care Northwest are **dismissed with prejudice**.

3. The motion to dismiss that was filed by the State of Washington on behalf of itself and its agencies (**Ct. Rec. 37**) is granted. Mr. Swenson's claims against the State of Washington and its agencies are **dismissed with prejudice**.

4. The motion to strike that was filed by the State of Washington (**Ct. Rec. 37**) is denied as moot.

5. The motion to dismiss that was filed by Verizon Communications, Inc. (**Ct. Rec. 41**) is granted. Mr. Swenson's claims against Verizon are **dismissed without prejudice**.

6. Mr. Swenson's claims against all remaining defendants are dismissed without prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this order, furnish copies to the plaintiff and to counsel for the defendants, enter judgment accordingly, and **close** this file.

**DATED** this ___6th___ day of August, 2008.

                                s/ Fred Van Sickle
                                Fred Van Sickle
                 Senior United States District Judge