AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

MICHAEL SWENSON,

        Plaintiff,

        v.

UNITED STATES, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-305-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the motion for summary judgment (Ct. Rec. 14) is Granted. Plaintiff's claims against Michael Cruz, M.D., are dismissed with prejudice.

The motion for summary judgment (Ct. Rec. 20) is Granted. Plaintiff's claims against Timothy Chestnut, M.D., James Joy, M.D., William Corell, M.D., Robert Laugen, M.D., Linda Smith, and Cancer Care Northwest are dismissed with prejudice.

The motion to dismiss (Ct. Rec. 37) is Granted. Plaintiff's claims against the State of Washington and its agencies are dismissed with prejudice.

The motion to dismiss (Ct. Rec. 41) is Granted. Plaintiff's claims against Verizon Communications, Inc. are dismissed without prejudice.

Plaintiff's claims against all remaining defendants are dismissed without prejudice.

August 6, 2008
*Date*

JAMES R. LARSEN
*Clerk*

s/ Shirley Peters
*(By) Deputy Clerk*

Shirley Peters